IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **CHRISTOPHER KOSACHUK**<br><br>*Appellant*,<br><br>v.<br><br>**THOMAS T. MCCLENDON**<br><br>*Appellee*. | **CIVIL ACTION NO.**<br>**5:25-cv-00433-TES** |

### ORDER OF DISMISSAL

On October 23, 2025, the Court ordered Appellant Christopher Kosachuk to show cause why this bankruptcy appeal should not be dismissed pursuant to Bankruptcy Rule 8003 for failure to pay the prescribed filing fee and Rule 8009 for failure to order "a transcript of such parts of the proceedings . . . necessary for the appeal" or "file a certificate stating that [he] is not ordering a transcript." [Doc. 2, p. 1 (citing Fed. R. Bankr. P. 8003, 8009)]. Appellant was given 14 days to show cause as to why his appeal should not be dismissed in light of his failure to comply with the above-mentioned rules governing bankruptcy appeals. [*Id.*]. Appellant was explicitly warned that "failure to comply with this Order will result in the immediate dismissal of his appeal . . ." [*Id.*]. To date, Appellant has not responded to the show-cause order, nor has he complied with Bankruptcy Rules 8003 and 8009.

An Appellant's failure to take any step other than timely filing a notice of appeal

is ground for the district court to act as it considers appropriate, including dismissing the appeal. Fed. R. Bankr. P. 8003(a)(2). Furthermore, dismissal without prejudice is generally appropriate pursuant to Federal Rule of Civil Procedure 41(b) where a party has failed to comply with a court order, "especially where [she] has been forewarned." *Owens v. Pinellas Cnty. Sheriff's Dep't*, 331 F. App'x 654, 656 (11th Cir. 2009) (quoting *Moon v. Newsome*, 863 F.2d 835, 837 (11th Cir. 1989)).

Here, Appellant has failed to comply with the Court's October 23, 2025 Order. [Doc. 2]. Given that the Court previously forewarned Appellant that this appeal could be dismissed should he fail to comply with the Court's October 23, 2025 Order, it is **DISMISSED without prejudice** pursuant to Bankruptcy Rule 8003 and Rule 41(b).

**SO ORDERED**, this 17th day of November, 2025.

S/ Tilman E. Self, III
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**
