IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| CHRISTOPHER KOSACHUK, | * |
| Appellant, | * |
| | Civil Action No. 5:25-cv-00433-TES |
| V. | * |
| THOMAS T. MCCLENDON, | * |
| Appellee. | * |

# **J U D G M E N T**

Pursuant to this Court's Order dated November 17, 2025, and for the reasons stated therein, JUDGMENT is hereby entered DISMISSING the Bankruptcy Appeal.

This 18th day of November, 2025.

David W. Bunt, Clerk

s/ Raven K. Alston, Deputy Clerk